UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

**Jimi Tele,**

    *Plaintiff,*

    v.

**X-Mode Social, Inc.,**

    *Defendant.*

1:21-cv-00011-LO-JFA

## STIPULATION OF DISMISSAL

The Parties hereby stipulate to the dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties shall bear their own costs and fees. The Parties request that the Court endorse this dismissal.

Respectfully Submitted on July 26, 2021,

/s/
_____
Jacob M. Small (VSB # 84460)
Attorney for Jimi Tele
J. Madison PLC
1750 Tysons Boulevard, Suite 1500
McLean, Virginia 22102
P (703) 910-5062
F (703) 910-5107
jmsmall@jmadisonplc.com

/s/
_____
Brian A. Scotti (VSB No. 74510)
GORDON REES SCULLY
MANSUKHANI, LLP
1101 King Street, Suite 520
Alexandria, Virginia 22314
(202) 399-1009
(202) 800-2999 (Facsimile)
bscotti@grsm.com

*Counsel for Defendants*

SO ORDERED:

Date: 7/22/21

/s/
_____
Liam O'Grady
United States District Judge
UNITED STATES DISTRICT JUDGE